UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 22-cv-20979-JB

MICHAEL NEWMAN, as Personal
Representative of the ESTATE OF JOEL
NEWMAN, and EDITH NEWMAN,

      Plaintiffs,

v.

AMERICAN HOME ASSURANCE
COMPANY, INC.,

      Defendant.

                                      /

## AMERICAN HOME ASSURANCE COMPANY'S NOTICE OF WITHDRAWAL OF AFFIRMATIVE DEFENSE

American Home Assurance Company ("American Home") hereby withdraws its Ninth Affirmative Defense titled "Failure of Condition Precedent" along with American Home's proposed jury instruction number 8 (DE 356 at p. 51) and stipulates to the adequacy of Plaintiffs' Civil Remedy Notice ("CRN") filed by Reed Smith on May 6, 2019 as a statutory condition precedent.[1]

---

[1]American Home maintains that the CRNs are inadmissible as hearsay, irrelevant, and unfairly prejudicial and constitute mere allegations of counsel.  DE 362-1, pp. 7-8.  Plaintiffs recognized in objecting to American Home's proposed (and now withdrawn) special instruction that the adequacy of the CRN is a "question to be determined as a matter of law by the Court, not the jury." DE 356 at p. 51.

/s/ *Jack Reiter*
Jack R. Reiter
Florida Bar No. 28304
jack.reiter@gray-robinson.com
Gray Robinson, P.A.
333 SE 2nd Ave, Suite 3200
Miami, Florida 33131
Telephone: 305-416-6880

Angel A. Cortiñas
Florida Bar No. 797529
angel.cortinas@dentons.com
DENTONS US LLP
1 Alhambra Plaza, Penthouse
Coral Gables, Florida 33134
Telephone: 305-537-0009

Laura Besvinick
Florida Bar No. 391158
laura.besvinick@clydeco.us
Clyde & Co US LLP
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Telephone: 305-446-2646

*Counsel for Defendant American Home Assurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2024, the foregoing was filed using the Court's CM/ECF system and served via email or transmission of Notices of Electronic Filing generated by CM/ECF to all counsel of record by the Court's CM/ECF system.

/s/ Jack R. Reiter