UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-20979-JB

MICHAEL NEWMAN, AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF JOEL NEWMAN, AND EDITH NEWMAN,

      Plaintiffs,

v.

AMERICAN HOME ASSURANCE COMPANY, INC.,

      Defendant.

_____/

## AMENDED FINAL JUDGMENT

**THIS CAUSE** comes before the Court on its Omnibus Order on Post-Trial Motions. ECF No. [478]. For the reasons stated in the Omnibus Order and pursuant to Federal Rule of Civil Procedure 58, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant, American Home Assurance Company, Inc., and against Plaintiffs, Michael Newman, as Personal Representative of the Estate of Joel Newman, and Edith Newman. Plaintiffs shall take nothing from this action and go hence without day.

**DONE AND ORDERED** in Miami, Florida, this 16th day of March, 2026.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE